No. 5450.

J. ARMSTRONG VS. ESTATE OF EUGENE PHILLIPS.

A person furnishing another with the necessaries of life is entitled to be paid therefor out of his estate, and such demand cannot be successfully resisted by the father of the deceased on the plea that his own house was comfortable and open to the son, if it appear that the father's cruelties made his house intolerable to the son.

APPEAL from the Second District Court of New Orleans.　TISSOT, J.

*Horner & Benedict* for Plaintiff.　*Grover & Harding* for Defendant.

DE BLANC, J., delivered the opinion affirming the judgment below.